IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TOMMY WAYNE COLEMAN,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

CIVIL ACTION FILE
NO. 1:24-CV-00309-MHC-JEM

## ORDER ADMINISTRATIVELY CLOSING CASE

The parties having informed the Court of settlement [Doc. 6], the Court hereby **DIRECTS** the Clerk to administratively close this case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 29th day of March, 2024.

_____
MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.